Royal B. ALLEN v. Honorable Guy T. HELVERING, Judge.

No. 3316.

Circuit Court of Appeals, Tenth Circuit.

March 27, 1946.

No appearance for either party.

Before PHILLIPS, HUXMAN and MURRAH, Circuit Judges.

Application for leave to file petition for writ of mandamus denied.

Camille BELLEW, Appellant, v. NATIONAL LEAD COMPANY, a Corporation.

No. 13334.

Circuit Court of Appeals, Eighth Circuit.

March 26, 1946.

Harvey B. Cox and George E. Heneghan, both of St. Louis, Mo., for appellant.

Moser, Marsalek & Dearing, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of appellant, on stipulation of parties.

Paul RIPKA, Plaintiff-Appellee, v. PHILCO CORPORATION, Defendant-Appellant.

No. 197.

Circuit Court of Appeals, Second Circuit.

Feb. 21, 1946.

Sullivan & Cromwell, of New York City (John F. Dooling, Jr., of New York City, of counsel), for appellant.

Emanuel Becker, of New York City (Abraham N. Davis, of New York City, of counsel), for appellee.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Judgment affirmed upon the findings and opinion of the District Court, 65 F.Supp. 21.

Laurence Peck FERRIER, Appellant, v. UNITED STATES of America.

No. 13224.

Circuit Court of Appeals, Eighth Circuit.

March 2, 1946.

S. W. James, Jr., and H. P. Lauf, both of Jefferson City, Mo., for appellant.

Sam M. Wear, U. S. Atty., and Earl A. Grimes, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without the taxation of costs in favor of either of the parties in this Court, on stipulation of counsel for respective parties.